**CT Corporation**

**Service of Process Transmittal**
08/30/2013
CT Log Number 523412238

**TO:** Rosemarie Pierce
Comcast Corporation
1701 John F. Kennedy Blvd, One Comcast Center - 50th Floor
Philadelphia, PA 19103

**RE:** **Process Served in Louisiana**

**FOR:** Comcast Business Communications LLC (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Rose Williams, Wife of and Melvin Williams, Petitioners vs. Perry Mack, et al. including Comcast Business Communications, LLC, Dfts. *Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request |
| **COURT/AGENCY:** | 32nd Judicial District Court, Parish of Terrebonne, LA Case # 170328 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - September 03, 2012 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/30/2013 at 08:50 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Timothy K. Lamy
Barker, Boudreaux, Lamy & Foley
228 St. Charles Avenue, Suite 1110
New Orleans, LA 70130
504-586-9395 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/30/2013, Expected Purge Date: 09/04/2013
Image SOP |
| **SIGNED:** | C T Corporation System |
| **PER:** | Trevor Garoutte |
| **ADDRESS:** | 5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / NL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CITATION

| | | |
|---|---|---|
| ROSE WILLIAMS, ET AL | | Case: 0170328 |
| | | Division: C |
| Versus | | 32nd Judicial District Court |
| | | Parish of Terrebonne |
| PERRY MACK, ET AL | | State of Louisiana |

A Resident of East Baton Rouge Parish
TO: COMCAST BUSINESS COMMUNICATIONS, LLC THROUGH ITS REGISTERED AGENT:
C.T. CORPORATION FOR SERVICE OF PROCESS
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

You are hereby summoned to comply with the demand of the **Original Petition for Damages**

A, true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 23rd day of August, 2013.

Theresa A. Robichaux, Clerk of Court
BY: **/s/ JANELLE B. MCELROY**
_____
Deputy Clerk of Court

A true copy:

Clerk's Office, Houma, Louisiana

August 23, 2013
(L.S.) Janelle B. McElroy
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true copy of pleadings mentioned above and on the ____ day of _____, 20__. | together with a true copy thereof and a true copy of pleadings mentioned above and on the ____ day of _____, 20__. |
| I served the same on the said _____ | I served the same at the domicile of the said _____ |
| IN PERSON in the Parish of _____ LA., at about ____ miles from the courthouse of The said Parish. | Situated in the Parish of _____ LA. at about ____ miles from the courthouse of the Parish of _____, LA. by leaving the said true copies in the hands of _____ |
| WHEREOF, I make this my return on this day of _____, 20__. | a person apparently over the age of 16 years, being and residing at the said domicile of the said _____ who was absent at the time of service as determined from the interrogation of the said _____, relative thereto. WHEREOF, I make this my return on this ____ day of _____, 20__. |
| Deputy Sheriff | Deputy Sheriff |
| Parish of _____ | Parish of _____ |

RETURN AND FILED:
_____

_____
Deputy Clerk of Court

FEE: $_____
MILEAGE: $_____
Total: $_____

Requested By: **Mr. Timothy K. Lamy, 228 St. Charles Avenue, Suite 1110, New Orleans, LA 70130, (504) 586-9395**

[ SERVICE ]

32nd JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

STATE OF LOUISIANA

NO: 170328                                                                                       DIVISION " "

ROSE WILLIAMS, WIFE OF AND MELVIN WILLIAMS

VERSUS

PERRY MACK, COMCAST OF LOUISIANA/MISSISSIPPI/TEXAS, LLC, a/k/a COMCAST OF THE SOUTH, INC., COMCAST BUSINESS COMMUNICATIONS, LLC, DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY

FILED: AUG 2 3 2013                              /S/ SHANNON FOLSE
                                                                  DEPUTY CLERK

******************************************************************************

## PETITION FOR DAMAGES

******************************************************************************

**NOW INTO COURT**, through undersigned counsel comes petitioners, **Rose Williams, wife of and Melvin Williams,** who respectfully represents:

I.

Rose Williams and Melvin Williams, petitioners in the above captioned matter, are competent adults and residents of the Parish of Terrebonne, who at all times material hereto were married and living together as husband and wife.

II.

Perry Mack, named defendant herein, is believed and therefore averred to be a person of the full age of majority residing at 5764 Kirkley Drive, Jackson, Mississippi. At all times material hereto, Perry Mack was employed by and working in the course and scope of his employment with ComCast of the South, Inc.

III.

ComCast of Louisiana/Mississippi/Texas, LLC a/k/a ComCast of the South, Inc. hereinafter referred to as "ComCast", additional defendant herein, is a foreign corporation licensed and doing business in the State of Louisiana appointing C.T. Corporation System as its agent for service of process herein. At all times material hereto, "ComCast" employed defendant, Perry Mack, and is vicariously liable for the negligent acts of its employee pursuant to the doctrine of *respondeat superior*.

-1-

TIMOTHY C. ELLENDER
JUDGE - DIVISION C

IV.

ComCast Business Communications, LLC, additional defendant herein, is a foreign corporation licensed and doing business in the State of Louisiana appointing C.T. Corporation System as its agent for service of process herein. Alternatively, it is averred that at all times material hereto, ComCast Business Communications, LLC employed defendant, Perry Mack, and is vicariously liable for the negligent acts of its employee pursuant to the doctrine of *respondeat superior*.

V.

Discover Property and Casualty Insurance Company, additional defendant herein, is a foreign insurance corporation licensed and doing business in the State of Louisiana appointing the Honorable Thomas Schedler, Secretary of State as its agent for service of process herein. At all times material hereto, Discover Property and Casualty Insurance Company issued an automobile liability insurance policy which provided coverage to Perry Mack and his employer. Said insurer is being sued pursuant to the provisions of the Louisiana Direct Action Statute 22:1269.

VI.

Liberty Mutual Insurance Company, additional defendant herein, is a foreign insurance corporation licensed and doing business in the State of Louisiana appointing the Honorable Thomas Schedler, Secretary of State as its agent for service of process herein. At all times material hereto, Liberty Mutual Insurance Company issued an automobile liability insurance policy which provided coverage to Perry Mack and his employer. Said insurer is being sued pursuant to the provisions of the Louisiana Direct Action Statute 22:1269.

VII.

On or about September 3, 2012, petitioner, Rose Williams, was driving her Mitsubishi automobile in a southernly direction on LA Highway 24 in Terrebonne Parish. Petitioner's vehicle was positioned in the right lane of the highway. At the same time and place, defendant, Perry Mack, was driving a 2007 Ford Ranger on LA Highway 24 in the left lane so that defendant's vehicle was positioned immediately to the left of petitioner's vehicle. As the two vehicles approached mile post 10.4, defendant attempted to merge from the left lane into the right lane causing a collision between the two vehicles which resulted in injury and damage as further described below.

**VIII.**

The above and foregoing accident was caused exclusively by the negligence of the defendant, Perry Mack, in the following non-exclusive particulars:

a. Failure to see what he should have seen;

b. Negligently merging from the left lane to the right lane;

c. Failure to maintain control of his vehicle

d. Failure to yield the right of way to petitioner's vehicle; and

e. Any and all other acts of negligence known by the defendant which are discovered prior to or at trial of this matter.

**IX.**

As a result of the September 3, 2012 automobile accident, petitioner sustained injuries to her spine and has been placed under the care of Dr. Beau Porche, a chiropractic physician.

**X.**

Petitioner avers that the September 3, 2012 accident has caused her to incur medical expenses, to experience physical and mental pain and suffering, and to experience a loss of enjoyment of life for which she sues the name defendants herein for all damages as are reasonable and necessary in the premises.

**XI.**

Melvin Williams, additional petitioner herein, avers that the injuries sustained by his wife, Rose Williams, has caused him to experience the loss of care, comfort, support and guidance from his wife for which he asserts a separate cause of action for loss of consortium pursuant to LCC Article 2315(B). Petitioner, Melvin Williams, sues the named defendants herein for all damages as are reasonable and necessary in the premises.

WHEREFORE, petitioners pray that this petition be filed and a copy served on the named defendants, that they be cited to appear and answer same and after due proceedings had there be judgement rendered herein in favor of petitioners, Rose Williams and Melvin Williams and against defendants, Perry Mack, ComCast of Louisiana/Mississippi/Texas, LLC a/k/a ComCast of the South, Inc., ComCast Business Communications, LLC, Discover Property and Casualty Insurance Company and

Liberty Mutual Insurance Company for all damages as are reasonable and necessary in the premises together with legal interest from the date of judicial demand plus all costs of these proceedings including the costs of expert witnesses.

Respectfully submitted,

BARKER, BOUDREAUX, LAMY & FOLEY

TIMOTHY K. LAMY, 17045
228 St. Charles Avenue, Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395

## *PLEASE SERVE:*

1. **Perry Mack**
   **Through the Louisiana Long Arm Statute**
   5764 Kirkley Drive
   Jackson, Mississippi 39206

2. **ComCast of Louisiana/Mississiippi/Texas, LLC**
   **aka ComCast of the South, Inc.**
   through its Agent for Service of Process
   C.T. Corporation System
   5615 Corporate Blvd.
   Suite 400B
   Baton Rouge, LA 70808

3. **ComCast Business Communications, LLC**
   through its Agent for Service of Process
   C.T. Corporation System
   5615 Corporate Blvd.
   Suite 400B
   Baton Rouge, LA 70808

4. **Discover Property and Casualty Insurance Company**
   through its agent for Service of Process
   Honorable Thomas Schedler
   Secretary of State, State of Louisiana
   State Capitol Building
   Baton Rouge, Louisiana

5. **Liberty Mutual Insurance company**
   through its agent for Service of Process
   Honorable Thomas Schedler
   Secretary of State, State of Louisiana
   State Capitol Building
   Baton Rouge, Louisiana

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA

LA. AUG 2 3 2013 , 20____

BY_____
Deputy Clerk of Court

-4-

**32nd JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE**

**STATE OF LOUISIANA**

NO: 170328                                                      DIVISION " "

**ROSE WILLIAMS, WIFE OF AND MELVIN WILLIAMS**

**VERSUS**

**PERRY MACK, COMCAST OF LOUISIANA/MISSISSIPPI/TEXAS, LLC, AKA COMCAST OF THE SOUTH, INC., COMCAST BUSINESS COMMUNICATIONS, LLC, AND DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY**

FILED: ____AUG 2 3 2013____          ____/S/ SHANNON FOLSE____
                                                            DEPUTY CLERK

*********************************************************************************

**_REQUEST FOR WRITTEN NOTICE_**

*********************************************************************************

TO:   Honorable Robert Boudreaux
      **Clerk of Court, 32nd Judicial District Court**
      P. O. Box 1569
      Houma, LA   70361-1569

In accordance with LSA-C.C.P. Article 1572, you are requested to give written notice by mail ten (10) days in advance of the date fixed for trial, or any hearing in this case. It is also requested that you provide immediate written notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by LSA-C.C.P. Articles 1913 and 1914, including notice of judgement in the event this case be taken under advisement, or if the judgement is not signed at the conclusion of trial.

                                             Respectfully submitted,

                                             BARKER, BOUDREAUX, LAMY & FOLEY

                                             _____
                                             TIMOTHY K. LAMY, 17015
                                             228 St. Charles Avenue, Suite 1110
                                             New Orleans, Louisiana 70130
                                             (504) 586-9395