UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSE WILLIAMS, ET AL. | CIVIL ACTION |
| VERSUS | NO. 13-6414 |
| PERRY MACK, ET AL. | SECTION "N" (5) |

### ORDER AND REASONS

Presently before the Court is Defendants' motion for partial summary judgment regarding Plaintiff Melvin Williams' Loss of Consortium Claim (Rec. Doc. 30). Having carefully reviewed the parties' opposing and supporting submissions, **IT IS ORDERED** that the motion is **DENIED** for essentially the reasons stated in Mr. Williams' opposition memorandum (Rec. Doc. 63). This ruling, however, is of course without prejudice to Defendants' right to request judgment in their favor, as a matter of law, at the conclusion of trial, pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. At present, the Court simply finds that, on the showing made, Mr. Williams is entitled to present evidence supporting his claims to the trier of fact.

New Orleans, Louisiana, this 7th day of November 2014.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

Clerk to Copy:

U.S. Magistrate Judge Michael North