UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSE WILLIAMS, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 13-6414 |
| PERRY MACK, ET AL | SECTION: "N" |

## J U D G M E N T

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that, there be judgment in favor of defendants, Perry Mack, Comcast of Louisiana/Mississippi/Texas, LLC and ACE American Insurance Company, and against plaintiffs, Rose Williams and Melvin Williams, as per the verdict of the jury entered into the record of this matter on December 2, 2014, Rec. Doc. No. 122.

This  3rd  day of December, 2014, at New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE