AO 187 (Rev.7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ROSE WILLIAMS, ET AL  
VERSUS  
PERRY MACK, ET AL

EXHIBIT AND WITNESS LIST

CASE NUMBER:  13-6414  "N" (5)

| PRESIDING JUDGE<br>Kurt D. Engelhardt | PLAINTIFF'S ATTORNEY<br>Timothy Lamy | DEFENDANT'S ATTORNEY<br>Joseph Hart, IV and Skylar Barbosa |
|---|---|---|
| HEARING DATE(S)<br>December 1-2 , 2014 | COURT REPORTER<br>Karen Ibos | COURTROOM DEPUTY<br>Cherie Stouder |

| JOINT | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| A-N | 12/1/14 | | ✓ | See attached list |
| O | 12/1/14 | | ✓ | See attached list |
| T | 12/1/14 | | ✓ | See attached list |
| 2 | 12/1/14 | | ✓ | See attached list |
| 5 | 12/1/14 | | ✓ | See attached list |
| 7 | 12/1/14 | | ✓ | See attached list |
| B2 | 12/1/14 | | ✓ | See attached list |
| B5 | 12/1/14 | | ✓ | See attached list |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE WILLIAMS, WIFE OF/AND MELVIN WILLIAMS | * * * * | CIVIL ACTION NO. 2:13-cv-06414 JUDGE KURT D. ENGELHARDT |
| VERSUS | * * | MAGISTRATE MICHAEL NORTH |
| PERRY MACK, COMCAST OF LOUISIANA/MISSISSIPPI/TEXAS, LLC, AND ACE AMERICAN INSURANCE COMPANY | * * * | |

## Index: Binder 1 of 3:

a. Leonard Chabert Medical Center records

b. September 4, 2012 Terrebonne General Medical records

c. Medical Records and bill of Dr. Beau Porche -(September 10, 2012 - June 4, 2014)

d. Houma Orthopedic Clinic medical records and bill

e. Medical records and bill of Dr. Michael Haydel

f. Medical records and bill of Dr. Daniel Trahant

g. Lumbar MRI

h. Cervical MRI

i. Gulf Coast Surgical Center medical records and bills

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSE WILLIAMS, <br> WIFE OF/AND <br> MELVIN WILLIAMS <br><br> VERSUS <br><br> PERRY MACK, COMCAST OF <br> LOUISIANA/MISSISSIPPI/TEXAS, LLC, <br> AND ACE AMERICAN INSURANCE COMPANY | * CIVIL ACTION NO. 2:13-cv-06414 <br> * <br> * JUDGE KURT D. ENGELHARDT <br> * <br> * MAGISTRATE MICHAEL NORTH <br> * <br> * <br> * <br> * |

## Index: Binder 2 of 3

j. Medical records and bills of Physicians Surgical Center

k. Medical records from Family Doctor Clinic

l. February 13, 2014 medical records of Terrebonne General

m. May 20, 2014 medical records of Terrebonne General

Medical Bills of Plaintiff from:

    n-1   Terrebonne General Medical Center-9/4/12

    n-2   Houma-Thibodaux Spine & Rehabilitation

    n-3   Imaging Center of South LA-lumbar

    n-4   Houma Radiology Associates

    n-5   Houma Orthopedic Clinic

    n-6   Gulf Coast Surgical Center

    n-7   Dr. Michael Haydel

    n-8   Anesthesia Associates of LA

    n-9   Dr. Daniel Trahant

    n-10 HealthPro Medical Equipment

    n-11 Physicians Medical Center – 10/29/13

    n-12 Physicians Medical Center – 11/19/13

    n-13 Dr. Patricia Griffin

    n-14 Brian Martin, CFA

    n-15 Family Doctor Clinic

    n-16 Terrebonne General Medical Center – 2/13/14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE WILLIAMS, WIFE OF/AND MELVIN WILLIAMS | * * * | CIVIL ACTION NO. 2:13-cv-06414 |
| | * | JUDGE KURT D. ENGELHARDT |
| VERSUS | * * | MAGISTRATE MICHAEL NORTH |
| PERRY MACK, COMCAST OF LOUISIANA/MISSISSIPPI/TEXAS, LLC, AND ACE AMERICAN INSURANCE COMPANY | * * * | |

n-17 Terrebonne General Medical Center – 5/20/14

n-18 Walgreens

n-19 Laterre Physical Therapy, Inc.

n-20 Imaging Center of South LA-cervical

n-21 Neuro Diagnostic

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSE WILLIAMS, <br> WIFE OF/AND <br> MELVIN WILLIAMS <br><br> VERSUS <br><br> PERRY MACK, COMCAST OF <br> LOUISIANA/MISSISSIPPI/TEXAS, LLC, <br> AND ACE AMERICAN INSURANCE COMPANY | * CIVIL ACTION NO. 2:13-cv-06414 <br> * <br> * JUDGE KURT D. ENGELHARDT <br> * <br> * MAGISTRATE MICHAEL NORTH <br> * <br> * <br> * <br> * |

## Index:  Binder 3 of 3:

o. Property Damage Estimate for Rose Williams' vehicle

t. Property damage appraisers condition report #2090074

2. Medical records from Dr. Beau Porche, D.C.  -  (February 24, 2012 - May 30, 2012)

5. Medical records and reports from Dr. William Claiborne

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE WILLIAMS, WIFE OF/AND MELVIN WILLIAMS | * * * * | CIVIL ACTION NO. 2:13-cv-06414 JUDGE KURT D. ENGELHARDT |
| VERSUS | * * | MAGISTRATE MICHAEL NORTH |
| PERRY MACK, COMCAST OF LOUISIANA/MISSISSIPPI/TEXAS, LLC, AND ACE AMERICAN INSURANCE COMPANY | * * * | |

7. Photographs of Damage to the vehicles involved in the subject accident

**Defendants' Exhibit Objected to By Plaintiffs:**

b.2. Medical Records and Reports from Dr. Mickey Jennings, D.C.

b.5. Negative drug test result for Perry Mack following the subject accident